September 16, 1965

Commonwealth *v.* Voltolina, Appellant.

Argued June 21, 1965. *Edward A. Garabedian,* for appellant; *Gordon Gelfond,* Assistant District Attorney, with him *Vincent C. Veldorale* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

PER CURIAM: Judgment of sentence is affirmed, and it is ordered that appellant appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with his sentence or any part thereof which had not been performed at the time the order of supersedeas was entered.

FLOOD, J., absent.